```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF VIRGINIA
                      Alexandria Division

In re:                         )
    US AIRWAYS, INC. et al.,   )
                               )
    Reorganized Debtors.       )
                               )       1:06cv539
PHILIP A. GARLAND,             )
                               )
            Appellant,         )
                               )
    v.                         )
                               )       Case No. 04-13819-SSM
US AIRWAYS, INC.               )       Jointly Administered
                               )       Chapter 11
            Appellee.          )
```

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the decision of the Bankruptcy Court be and is AFFIRMED.

To appeal this decision, a Notice of Appeal must be filed with the Clerk of this court within 30 days of receipt of this Order.

The Clerk is directed to forward copies of this Order to counsel of record and to the pro se appellant, Philip A. Garland.

Entered this 13th day of October, 2006.

                                                     /s/
                                        Leonie M. Brinkema
                                        United States District Judge

Alexandria, Virginia